ACCEPTED
04-15-00397-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/12/2015 12:00:00 AM
KEITH HOTTLE
CLERK

COURT OF APPEAL NO. 04-15-00397-CV

**IN THE COURT OF APPEALS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/11/2015 4:35:31 PM
KEITH E. HOTTLE
Clerk

**FOR THE FOURTH SUPREME JUDICIAL DISTRICT**

**SAN ANTONIO, TEXAS**

**MARCELO R. MONTEMAYOR,
APPELLANT**

**V.**

**GRACE CALENTINE,
AS DEVISEE OF THE ESTATE OF
LUISA R.MONTEMAYOR,
APPELLEE**

**APPEAL FROM PROBATE COURT NO. 2, BEXAR COUNTY, TEXAS, NO. 2010-PC-3012, HON. TOM RICKHOFF, JUDGE PRESIDING**

**APPELLEE'S MOTION TO EXTEND TIME
TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT:

NOW COMES the Appellee, Grace Calentine, who moves the Court, under TRAP 38.6(a)(2), extend the time in which to file Appellee's brief, and would respectfully show the Court as follows:

1.      Appellee's Brief is due on or about October 14, 2014.

2.      Appellee requests an extension of 30 days to file their brief.

3.      No extension has been granted by this Court

1

WHEREFORE, PREMISES CONSIDERED, Appellee requests that her deadline be extended until November 16, 2015.

Respectfully submitted,

/s/_____
Reed Greene
Attorney for Appellee
State Bar No.:  08390970
26254 IH 10 West, Suite 135
Boerne, Texas  78006
Telephone:  (210) 826-1233
Facsimile:  (210) 463-9241

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 11, 2014 a true and correct copy of this Motion was served on Marcelo Montemayor by facsimile transmission to (866) 866-1074 and via email to one-marcelo@juno.com.

/s/_____
Reed Greene